1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  PATRICK A. ROSE
   Assistant United States Attorney
4  Nevada Bar No. 5109
   501 Las Vegas Boulevard, South, Suite 1100
5  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
6  Email: patrick.rose@usdoj.gov

7  *Attorneys for the United States*

8

9

10

11              **UNITED STATES DISTRICT COURT**

12              **DISTRICT OF NEVADA**

13  DARWIN MAZARIEGOS-DIAZ,              )  Case No.
                                         )
14              Plaintiff,               )
                                         )
15      v.                               )       **NOTICE OF REMOVAL**
                                         )
16  LAUREN NICHOLE PARNELL and           )
    JESSICA JACOBSEN,                    )
17                                       )
                Defendants.              )
18  _____)

19

20          Pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, 2679(d)(2), the United States of America, for

21  itself and on behalf of Defendant Lauren Nichole Parnell ("Parnell"), a federal employee acting

22  in the course and scope of federal employment or office at the time of the subject incident,

23  removes this case to the United States District Court for the District of Nevada. The grounds for

24  removal are as follows:

25          On or about December 8, 2016, Plaintiff commenced this action in the Eighth Judicial

26  District Court, Justice Court, Clark County, Nevada as case no. A-16-747788-C. Plaintiff

27  alleges that Parnell negligently operated a vehicle on May 19, 2015 so as to cause or contribute

28  to damages to Plaintiff. (A copy of Plaintiff's complaint is attached hereto.)

This action is being removed pursuant to the Federal Tort Claims Act, which provides in pertinent part:

> Upon Certification by the Attorney General that the defendant employee was acting within the scope of his office employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which that action or proceeding is pending.  Such action or proceeding shall be deemed to be an action against the United States . . ., and the United States shall be substituted as the party defendant.

28 U.S.C. § 2679(d)(2). The Attorney General has delegated to United States Attorneys the authority to certify that a federal employee was acting in the course and scope of his employment at the time of the incident at issue. 28 C.F.R. § 15.4. The United States Attorney for the District of Nevada has certified that Parnell was acting in the course and scope of federal employment or office at the time of the incident that is the subject of Plaintiff's Complaint.

Additionally, federal district courts have exclusive jurisdiction for tort claims arising from the negligent or wrongful acts or omissions of federal employees acting within the scope of their employment or office. *See* 28 U.S.C. § 1346(b)(1). Plaintiff has not served process in accordance with the applicable court rule, Fed. R. Civ. P. 4(i). Until formal service, which is required for a court to exercise power over a defendant, the United States is under no obligation to file a response to the complaint. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350, 355 (1999); *see also Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir. 1982) ("Neither actual notice, nor simply naming the person in the caption of the complaint, will subject defendants to personal jurisdiction if service was not made in substantial compliance with Rule 4.") (citation omitted); *Corey v. McNamara*, 409 F. Supp.2d 1225, 1229 (D. Nev. 2006) (holding that court lacked personal jurisdiction over federal defendants who were not served in accordance with Fed. R. Civ. P. 4(i)). The United States does not, by filing this notice, waive service of process or any other defenses available under Fed. R. Civ. P. 12(b) or other applicable law.

///

///

This action is also being removed pursuant to 28 U.S.C. § 1442(a)(1), which provides in pertinent part:

"A civil action … that is commenced in a State court and that is against or directed to any of the following may be removed by them to the district court of the United States for the district and division embracing the place wherein it is pending: (1) The United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office . . . ."

28 U.S.C. § 1442(a)(1). Section 1442(a)(1) provides for a "broad" grant of removal jurisdiction and is not given a "narrow, grudging interpretation." *Nationwide Investors v. Miller*, 793. F.2d 1044, 1046 (9th Cir. 1986) (citing *Gillingham v. Morgan*, 395 U.S. 402, 407 (1969)). Under Section 1442(a)(1), federal court jurisdiction need not even be apparent from the face of the complaint itself. *See Jefferson Cnty. v. Acer*, 527 U.S. 423 (1999); *Mesa v. California*, 489 U.S. 121 (1989).

WHEREFORE, the United States gives notice that the above-captioned action, pending in the Eighth Judicial District Court, Clark County, Nevada, is now removed to the United States District Court for the District of Nevada

Respectfully submitted this 9th day of February 2017.

DANIEL G. BOGDEN
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I, Patrick A. Rose, certify that the following individuals were served with the **NOTICE OF REMOVAL** on the date and via the method of service identified below.

**U.S. Mail and Electronic Mail:**

Anthony P. Sgro
Andrew D. Sedlock
PATTI, SGRO & ROGER
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
asedlock@psrlegal.com
*Attorneys for Plaintiff*

Dated this 9th day of February 2017.

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney