1  DANIEL G. BOGDEN
United States Attorney
2  District of Nevada

3  PATRICK A. ROSE
Assistant United States Attorney
4  Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
5  Las Vegas, Nevada 89101
Telephone: 702-388-6336
6  Email: patrick.rose@usdoj.gov

7  *Attorneys for the United States*

8

9

10

11                 **UNITED STATES DISTRICT COURT**

12                      **DISTRICT OF NEVADA**

13  DARWIN MAZARIEGOS-DIAZ,                )   Case No. 2:17-cv-00440
                                           )
14              Plaintiff,                 )
                                           )   **NOTICE OF SUBSTITUTION**
15         v.                              )
                                           )
16  LAUREN NICHOLE PARNELL and             )
    JESSICA JACOBSEN,                      )
17                                         )
              Defendants.                  )
18  _____    )

19

20         Please take notice that, pursuant to the Federal Employees Liability Reform and Tort

21  Compensation Act of 1988, §§ 5, 6, Pub. L. No. 100-694, 102 Stat. 4563 (1988) (codified at 28

22  U.S.C. § 2679) (the "Westfall Act"), the United States is hereby substituted for the individual

23  Defendant, Lauren Nichole Parnell ("Parnell"), in this matter. The bases for the instant

24  substitution are as follows:

25  1.      In the Complaint, Plaintiff alleges a traffic accident involving Parnell. The United States

26  has determined that the accident that is the subject of Plaintiff's Complaint occurred while

27  Parnell was acting within the course and scope of federal employment or office with the United

28  States.

                                          1

2.       The Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2401(b), 2671-2680 ("FTCA"), as amended by the Westfall Act, provides that a suit against the United States shall be the exclusive remedy for persons with claims for damages resulting from the negligent or wrongful acts or omissions of federal employees taken within the scope of their office or employment. 28 U.S.C. § 2679(b)(1).

3.       Upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as sole defendant with respect to those claims. *See* 28 U.S.C. § 2679(d)(1), (2). The Attorney General has delegated this certification authority to United States Attorneys. *See* 28 C.F.R. § 15.4.

4.       The United States Attorney for the District of Nevada has certified that at the time of the subject accident, Parnell, was acting within the scope of her federal employment or office. The United States Attorney's Certification of Scope of Employment is attached hereto as Exhibit A.

WHEREFORE, the United States has been substituted by operation of law for all claims alleged in the Complaint against Parnell.

For the convenience of the Court, the United States tenders the proposed Order, attached hereto as Exhibit B, to reflect this substitution and correct the caption accordingly.

Respectfully submitted this 9th day of February 2017.

DANIEL G. BOGDEN
United States Attorney

*/s/ Patrick A. Rose*
PATRICK A. ROSE
Assistant United States Attorney

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Patrick A. Rose, certify that the following individuals were served with the **NOTICE OF SUBSTITUTION** on the date and via the method of service identified below.

**U.S. Mail & Electronic Mail:**

Anthony P. Sgro
Andrew D. Sedlock
PATTI, SGRO & ROGER
720 S. Seventh Street, Third Floor
Las Vegas, Nevada 89101
asedlock@psrlegal.com
*Attorneys for Plaintiff*

Dated this 9th day of February 2017.

                                     */s/ Patrick A. Rose*
                                     PATRICK A. ROSE
                                     Assistant United States Attorney