# EXHIBIT A

Certification of Scope of Employment

DANIEL G. BOGDEN
United States Attorney
District of Nevada

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: patrick.rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARWIN MAZARIEGOS-DIAZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAUREN NICHOLE PARNELL and<br>JESSICA JACOBSEN,<br><br>　　　　Defendants. | Case No.<br><br>**CERTIFICATION OF<br>SCOPE OF EMPLOYMENT** |

Pursuant to 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by the Attorney General of the United States under 28 C.F.R. § 15.4, I hereby certify the following information:

I have read the complaint in this matter. Based on the information currently available to me with respect to the allegations that are the subject of this action, Lauren Nichole Parnell was acting within the course and scope of federal employment or office at the time of the incident out of which the claims arise.

*/s/ Daniel G. Bogden*
DANIEL G. BOGDEN
United States Attorney

DATED: February 9, 2017