AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Darwin Mazariegos-Diaz,

                       Plaintiff,

              V.

United States of America, et al.,

                      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:17-cv-00440-JCM-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment has been entered. See [19] Order for details.

12/19/2017  
Date

/s/ Debra K. Kempi  
Clerk

/s/ M. Reyes  
(By) Deputy Clerk